UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NAMEL NORRIS,
                         Plaintiff,

            -against-

PAPER SOURCE, INC.,
                        Defendant.
------------------------------------------------------------X

21 Civ. 37 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated March 3, 2021, requires Plaintiff to file a status letter every 45 days regarding the status of the bankruptcy proceeding;

WHEREAS, Plaintiff last submitted the letter on June 4, 2021.  Plaintiff failed to file a letter on or before July 19, 2021.  It is hereby

**ORDERED** that, by **August 6, 2021**, Plaintiff shall file a status letter, and shall do so every 45 days thereafter.

Dated: August 4, 2021
       New York, New York

                                                LORNA G. SCHOFIELD
                                                UNITED STATES DISTRICT JUDGE